# Exhibit A
# State-Court Documents

IN THE COUNTY COURT OF LAUDERDALE COUNTY
THE STATE OF MISSISSIPPI

**MARIANNE TODD**                                                                   **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. CA19-0921 (Y)**

**AETNA LIFE INSURANCE**                                    **DEFENDANTS**
**COMPANY, and JOHN DOE**
**Defendants 1 through 15**

## SUMMONS

TO:
**AETNA LIFE INSURANCE COMPANY**
**C/O CT CORPORATE SYSTEM OF MISSISSIPPI**
**645 LAKELAND EAST DRIVE    SUITE 101**
**FLOWOOD, MISSISSIPPI 39232**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Stephen P. Wilson
1709 23rd Avenue
Meridian, Mississippi 39301

an answer to the complaint which is served on you with this summons, within **thirty (30) days** from the date of delivery of this summons and complaint. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. Additionally, if you have been served with interrogatories, requests for admissions, or requests for production (collectively "discovery"), your responses must be provided to Plaintiff's Attorney no later than **forty-five (45) days** from the date of their delivery.

Issued under my hand and seal of said Court, this ___6___ day of August, 2019.

DONNA JILL JOHNSON, CIRCUIT CLERK
LAUDERDALE COUNTY, MISSISSIPPI

By: _____ D.C.

My Commission Expires 1st Monday Jan. 2020

# PROOF OF SERVICE

_____
NAME OF PERSON AND/OR ENTITY SERVED

I, the undersigned process server, served the following:

## SUMMONS AND COMPLAINT

upon the person or entity named above in the manner set forth below (check space below to indicate appropriate method of service):

_____   **CERTIFIED MAIL SERVICE.** Mailed (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach completed acknowledgment or receipt pursuant to M.R.C.P. Form 1B).

_____   **PERSONAL SERVICE.** Personally delivered copies to Defendant on the _____ day of _____, 2019, in _____ County of the State of _____.

_____   **RESIDENCE SERVICE.** Left copies at dwelling house or usual place of abode of said person by leaving a true copy of the summons and complaint with a person of suitable age and discretion on the _____ day of _____, 2019.

Name of person with whom summons and complaint were left:
_____

_____   **RETURNED UNEXECUTED**

Fee for service: $_____

**Process server must list below: (Please print or type)**

Name: _____    Address: _____

STATE OF _____

COUNTY OF _____

Personally appeared before me, the undersigned authority in and for said county and state, the within named _____, who being by me first duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2019.

_____
NOTARY PUBLIC

FILED

JUL 25 2019

Donna Jill Johnson
CIRCUIT CLERK

IN THE COUNTY COURT OF LAUDERDALE COUNTY
STATE OF MISSISSIPPI

MARIANNE TODD,
    Plaintiff

vs.                                          Civil Action No.: CA19-0921 (Y)

AETNA LIFE INSURANCE COMPANY, and
JOHN DOE Defendants 1 through 15,                  DEFENDANTS

## COMPLAINT

Comes Now, Marianne Todd, by and through her counsel, and filed this her Complaint against the Defendants in the above-styled civil action. In support thereof, the Plaintiff would show unto the Court as follows:

1. Marianne Todd is an adult resident citizen of Lauderdale County, Mississippi, who may be served

2. Defendant Aetna Life Insurance Company is, upon information and belief, a Connecticut corporation licensed to do business in the state of Mississippi that may be served by and through its agent for process, CT Corporation System of Mississippi, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3. John Doe defendants 1 through 15 are persons, corporations, limited liability companies, partnerships, and/or other entities whose identities are currently unknown, and thus are named as fictitious party defendants. The plaintiff will seek leave to amend this complaint and state their true names and capacities when their identities are ascertained. Plaintiff further alleges that the Defendants described as John Doe Defendants 1-15 were negligent and proximately responsible for the damages alleged in this Complaint, together with the named defendants.

4. This Court has jurisdiction because the contract entered into was performed in part in

Lauderdale County, Mississippi, and because the amount in controversy is within the jurisdictional limits of the court.

5. On July 29-30, 2016, Dudley Tardo was an employee of Avery Dennison and/or CCL Industries Corporation. Avery Dennison at said time had procured a policy of insurance that insured the life of Dudley Tardo.

6. The beneficiary of the life insurance policy was plaintiff, who was the spouse of Dudley Tardo.

7. As part of said life insurance policy, Aetna provided an Accidental Death and Personal Loss ("ADPL") that would ensure Dudley Tardo for accidental death.

8. On July 29, 2016, Dudley Tardo was involved in a motor vehicle accident in Meridian, Lauderdale County, Mississippi. As a result of injury sustained in said accident, Dudley Tardo died on July 30, 2016.

9. Plaintiff filed a claim with Aetna Life Insurance Company after exhausting all administrative appeals, the claim was denied.

## COUNT I: BREACH OF CONTRACT

10. On or about the 30th day of July 2016, defendant issued a policy whereby defendant insured the life of Dudley Tardo for accidental death who died on the 30th day of July 2016, of which the defendant has had notice.

11. As a result, the amount of the policy is now due, and plaintiff is beneficiary of the proceeds of the policy.

WHEREFORE, plaintiff demand judgment against defendant in the sum of $50,000.00, interest, attorney's fees and costs.

RESPECTFULLY SUBMITTED, this the 25th day of July 2019.

MARIANNE TODD

BY: _____
Stephen P. Wilson, Attorney for Plaintiff

STEPHEN P. WILSON (MSB No. 101219)
attorneystephenwilson@gmail.com
P.O. Box 2809
1709 23rd Avenue
Meridian, MS 39302
601-207-4209
601-693-4991 (fax)

**PLAINTIFF REQUESTS A TRIAL BY JURY**